BEFORE THE SECOND DIVISION, AUGUST 8, 1947

No. 51862.—Van Raalte Co., Inc., et al. *v.* United States, protests 758294–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiffs was therefore sustained.

No. 51863.—Manne & Weill et al. *v.* United States, protests 666805–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 51864.—Manne & Weill et al. *v.* United States, protests 691504–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 51865.—Merrill Clark & Meinig, Inc. *v.* United States, protests 906647–G, etc. (New York).

Opinion by Kincheloe, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

August 7, 1947

**No. 51866.**—Suit 4538.—*Garrard Sales Corp.* v. *United States.*—————C. D. 950 ·reversed June 17, 1947. C A. D. 369.

Before the First Division, August 13, 1947

**No. 51867.**—Frank Alvarez *v.* United States, petition 6501–R (Laredo).

Opinion by Oliver, P. J.   The petition was dismissed.

Before the Second Division, August 15, 1947

**No. 51868.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 110293–G, etc. (Seattle).

Opinion by Tilson, J.   It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338).   Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51869.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 319516–G, etc. (Seattle).

Opinion by Tilson, J.   It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338).   Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.